THE LAW FIRM OF THOMAS M. GIOVACCHINI
1326 Chorro Street
San Luis Obispo, CA  93401
Telephone:     (805) 547-1960
Facsimile:      (805) 547-1954

Attorney for Plaintiff, Steve Achey

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| STEVE ACHEY, | Case No.: 1:08-CV-00477-LJO-GSA |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL |
| | COURTROOM 4 (LJO) |
| SYNTHES (U.S.A) | LAWRENCE J. O'NEILL |
| | US DISTRICT JUDGE |
| Defendants. | |

### ORDER

Based upon the Stipulation of counsel, and, good cause appearing, IT IS HEREBY ORDERED that the Court approves the Stipulation for Dismissal with Prejudice attached hereto as Exhibit A.

IT IS SO ORDERED.

Dated:  January 15, 2009          __/s/ LAWRENCE J. O'NEILL_____

                                  The Honorable Judge Lawrence J. O'Neill

**ORDER FOR DISMISSAL**

1